**LINCOLN FOODSERVICE PRODUCTS, LLC, Plaintiff–Appellant,**

v.

**TURBOCHEF TECHNOLOGIES, INC., Defendant–Appellee.**

No. 2010–1315.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2010.

David G. Wille, Baker Botts, LLP, Dallas, TX, for Plaintiff–Appellant.

John M. Cone, Hitchcock Evert, LLP, Dallas, TX, for Defendant–Appellee.

**ORDER**

The parties having so agreed, it is

**TEXTSCAPE LLC, Plaintiff–Appellant,**

v.

**ADOBE SYSTEMS, INC., Defendant–Appellee.**

No. 2010–1423.

United States Court of Appeals, Federal Circuit.

Oct. 25, 2010.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).